UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| C. DAVID COLLARD, M.D., § <br> § <br> Plaintiff, § <br> § <br> v. §    CIVIL ACTION NO. H-06-2578 <br> § <br> GORDON S. CONVERSE, § <br> INDIVIDUALLY, D/B/A GORDON S. § <br> CONVERSE & COMPANY FINE § <br> ANTIQUES AND CLOCKS, § <br> § <br> Defendant. § | |

## MEMORANDUM AND ORDER

The parties have informed the Court that they will be submitting to an independent expert the issue of the age of the clock that is the subject of this dispute (Doc. No. 31). Defendants' motion to dismiss for lack of personal jurisdiction (Doc. No. 16) will be **STAYED** pending resolution of this issue by the independent expert and until such time as the parties report back to the Court regarding progression of the case.

Defendants' related motion for leave to file a supplemental reply (Doc. No. 24) is **GRANTED**, and Plaintiff's related motion to strike the affidavit of Gordon S. Converse (Doc. No. 22) is **DENIED**.

IT IS SO ORDERED.

SIGNED this 12th day of June, 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT